FILED
2017 Oct-17  PM 04:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **JIM HENRY BALL, JR.,** | } | |
| | } | |
| **Plaintiff,** | } | |
| | } | |
| **v.** | } | **Case No.:  2:16-cv-01425-RDP** |
| | } | |
| **R. MCCOULLOUGH, et al.,** | } | |
| | } | |
| **Defendants.** | } | |
| | } | |

## ORDER

This case is before the court on the Motion to Dismiss Second Amended Complaint and Incorporated Memorandum of Law filed by Defendant Dr. Karen E. Callahan ("Defendant Callahan") on July 5, 2017 (Doc. # 78), the Motion to Dismiss Third Amended Complaint filed by Defendant W. Fowler ("Defendant Fowler") on August 25, 2017 (Doc. # 106), and the Motion to Dismiss Third Amended Complaint filed by Defendant Callahan on August 25, 2017 (Doc. # 108).   In accordance with the Memorandum Opinion entered contemporaneously herewith, Plaintiff's claims against Defendant Callahan are **SEVERED** from this case.  The Clerk of Court is **DIRECTED** to sever Plaintiff's claims against Defendant Callahan into a separate case with a new civil action number.

In that new civil action, Defendant Callahan's Motion to Dismiss Second Amended Complaint (Doc. # 78) is **GRANTED IN PART** and **DENIED IN PART**.  Count Five of Plaintiff's Second Amended Complaint (Doc. # 74) is **DISMISSED WITH PREJUDICE**. Count Nine of Plaintiff's Second Amended Complaint (Doc. # 74) is **REMANDED** to the Circuit Court of Montgomery County.  The Clerk of Court is **DIRECTED** to file this order in both 2:16-cv-01425-RDP and in the new civil action.

Defendant Fowler's Motion to Dismiss (Doc. # 106) is **DENIED WITHOUT PREJUDICE**.

Defendant Callahan's Motion to Dismiss Third Amended Complaint (Doc. # 108) is **GRANTED**. To the extent that Plaintiff's Third Amendment to Complaint (Doc. # 97) alleges any claims against Defendant Callahan, those claims against Defendant Callahan are **DISMISSED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** this October 17, 2017.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE